BK1204445
(bas)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE:
: Case No. 11-40397
ROBERTA A. HOWARD
: Chapter 13
        Debtor
: Judge Kay Woods

: **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE OF CITIMORTGAGE,**
: **INC. FILED NOVEMBER 21, 2012**

    Now comes CitiMortgage, Inc., and hereby withdraws its Notice of Mortgage Payment Change filed herein on November 21, 2012.

                         /s/ Ronald C. Taylor Jr.
                         Ronald C. Taylor Jr.
                         Bar Registration # 0083298
                         (513) 241-3100 x-3472

                         LERNER, SAMPSON & ROTHFUSS
                         Attorneys for Creditor
                         P. O. Box 5480
                         Cincinnati, Ohio 45201-5480
                         (513) 354-6464 fax
                         nohbk@lsrlaw.com

CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was duly served upon those listed below, at the addresses listed below; either by electronic mail or by ordinary U.S. Mail, postage pre-paid, this 13th day of December, 2012:

Bruce R Epstein, Esq. on behalf of Roberta A. Howard
At epsteinlaw@sbcglobal.net
5500 Market St
#101
Youngstown, OH 44512-1701
(330) 782-7000

Michael A. Gallo, Trustee
20 Federal Plaza West
Suite 602
Youngstown, OH 44503

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

And by regular U.S. mail, postage pre-paid, on:

Roberta A. Howard
7399 South Raccoon Road
Canfield, OH 44406-8102

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
Bar Registration # 0083298
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com