BK1204445
(bas)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: : Case No. 11-40397

ROBERTA A. HOWARD :
Chapter 13
Debtor : Judge Woods

**RESPONSE OF CITIMORTGAGE, INC. TO DEBTOR'S OBJECTION
TO NOTICE OF MORTGAGE PAYMENT CHANGE**

Now comes CitiMortgage, Inc. (hereinafter "Creditor"), and hereby files its Objection to Debtor's Response to Notice of Mortgage Payment Change. Debtor's objection is moot as Creditor is withdrawing the Notice of Payment Change filed November 21, 2012. CitiMortgage has confirmed that a refund to the escrow account was issued in the amount of $1,896.00 as a result of Debtor providing proof of insurance. Creditor has also confirmed that the property is insured through October 26, 2013. Creditor agrees that the ongoing payment should be solely principal and interest at $1,082.71, and anticipates working with Debtor's counsel to fully resolve this matter.

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
Bar Registration # 0083298
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
P. O. Box 5480
Cincinnati, OH 45201-5480
Attorneys for Creditor
(513) 354-6464 Fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically transmitted on the 13th day of December, 2012 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Bruce R Epstein, Esq., on behalf of
Roberta A. Howard, at epsteinlaw@sbcglobal.net
5500 Market St #101
Youngstown, OH 44512-1701
(330) 782-7000
Email: epsteinlaw@sbcglobal.net

Michael A. Gallo, Trustee
20 Federal Plaza, West  Suite 600
Youngstown, Ohio 44503-1423
mgallo@gallotrustee.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
(Registered address)@usdoj.gov

And by regular U.S. mail, postage pre-paid, on:

Roberta A. Howard
7399 South Raccoon Road
Canfield, OH 44406-8102

/s/ Ronald C. Taylor Jr.
Ronald C. Taylor Jr.
Bar Registration # 0083298
(513) 241-3100 x-3472

LERNER, SAMPSON & ROTHFUSS
P. O. Box 5480
Cincinnati, OH 45201-5480
Attorneys for Creditor
(513) 354-6464 Fax
nohbk@lsrlaw.com